UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR VALDES, IN HIS
INDIVIDUAL CAPACITY, AND AS
PARENT AND NATURAL
GUARDIAN OF V.V., A MINOR,

       Plaintiff,

   v.

                                 Case No. 2:26-cv-263-KCD-DNF

COMCAST BROADBAND
SECURITY, LLC, A FOREIGN
LIMITED LIABILITY COMPANY,

       Defendant.

_____/

## <u>ORDER</u>

This negligence action was removed from state court. (Doc. 1.) Plaintiff now seeks leave to add two Defendants who are Florida citizens, destroying this Court's diversity jurisdiction. (Doc. 17.) Defendant agrees to the amendment and remand. (*Id.* at 14.) Accordingly, it is **ORDERED**:

1.     Plaintiff's motion (Doc. 17) is **GRANTED**;

2.     The Clerk is directed to docket the amended complaint (Doc. 17-1) as a separate docket entry.

3.     The Clerk is then directed to remand this case to state court by transmitting a certified copy of this Order to the clerk of court for the

Twentieth Judicial Circuit in and for Collier County, Florida. The state-court case was previously captioned 11-25-002994-0001-01.

4.      Following remand, the Clerk shall terminate any pending motions, terminate all deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on March 2, 2026.

Kyle C. Dudek
United States District Judge

2